| | | | |
|---|---|---|---|
| AUSA: | James Carty | Telephone: | (313) 226-9100 |
| Special Agent: | Rebecca Childs - ATF | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.

Daveon HOPKINS

Case No.   Case: 2:22−mj−30296
Assigned To : Unassigned
Assign. Date : 7/6/2022
USA V. SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 24, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Rebecca Childs - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 6, 2022__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Honorable Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Rebecca Childs, being duly sworn, hereby state the following:

### I.  INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been since January 2020. I am currently assigned to the Detroit Field Division, Group I, where I investigate violations of firearms and narcotics laws. I have a Bachelor's degree in Global Security and Intelligence Studies from Embry-Riddle Aeronautical University, and I was previously employed as a Supervisory Transportation Security Officer with the Transportation Security Administration. I graduated from the Federal Law Enforcement Training Center and the ATF Special Agent Basic Training program. During my employment with ATF, I have conducted and/or participated in criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of written police reports

1

and other documents, and information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter. The information outlined below is for the limited purpose of establishing probable cause and does not contain all facts known to law enforcement regarding this investigation.

3. Probable cause exists that Daveon HOPKINS (DOB: XX/XX/1998) has violated 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

## II. PROBABLE CAUSE

4. I am currently investigating Daveon HOPKINS (DOB: XX/XX/1998) for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

5. On May 24, 2022, at approximately 8:40 P.M., while in a semi marked scout car and wearing an approved uniform, Detroit Police Officers (DPD) Nicholas Rocha, Aaron Thompson, and Bailey Rumschlag, were on patrol in the area of Morang Ave. and Kelly Rd. The officers were paying special attention to a Citgo Gas Station Greenlight Partner located at 18300 Morang Ave. Officer Thompson observed HOPKINS walk out of the gas station with what appeared to

2

be the handle of a pistol sticking out of his right sweatpants pocket. Officer Thompson advised Officers Rumschlag and Rocha of his observation and they began approaching HOPKINS in the scout car. Officer Thompson then observed HOPKINS turn his body away from the view of the officers and press his right hip against the vehicle HOPKINS was pumping gas into. Officer Thompson exited the scout car, at which point he could clearly identify the object sticking out of HOPKINS' right pocket as a firearm. Officer Rumschlag asked HOPKINS if he had a Concealed Pistol License (CPL). HOPKINS responded that his girl has a CPL. I later identified HOPKINS' girlfriend, an adult female as having the CPL ("AW-1").

6. Officer Rumschlag recovered a pistol from HOPKINS' right pocket and placed him in handcuffs. HOPKINS indicated to officers he had previously served time in prison for other firearms offenses. Officers queried HOPKINS in a law enforcement database and determined he did not have a CPL and HOPKINS was conveyed to the Detroit Detention Center. The firearm recovered was a black Springfield XD-9, 9mm caliber, pistol bearing serial number XD973908, loaded with multiple live rounds of ammunition, including one round in

3

the chamber. A query of the firearm revealed it was reported stolen out of Pontiac, Michigan. Officer Rocha conveyed the firearm to the Eleventh Precinct for analysis. On May 25, 2022, the firearm was test fired by DPD for the National Integrated Ballistics Information Network (NIBIN) (DPD Report #220524-0344).

7. On June 26, 2022, I reviewed the body camera and vehicle footage of HOPKIN's arrest. I also positively identified the Facebook page of HOPKINS and the Facebook page of (AW-1) by comparing their Facebook photographs to their Michigan Driver's License photographs and the body worn camera footage. I observed AW-1's Michigan Driver's License photograph matches her Michigan Concealed Pistol License photograph depicted in Officer Rumschlag's body worn camera footage.

8. On June 29, 2022, I reviewed NIBIN lead report number 774-22-000649, which revealed two other incidents associated with the above mentioned firearm recovered from HOPKINS:

    a. On April 21, 2020, DPD officers responded to a residence on Arlington Street for a gunshot wound. The victim was an adult male ("AV-1"), a validated member of the "Davidson Boys", an active gang within the city of Detroit. 9mm, .45,

4

and 7.62x39mm caliber casings were recovered and submitted for NIBIN analysis. The 9mm cartridge casings recovered were later found to match the Springfield XD-9, 9mm caliber, pistol bearing serial number XD973908 recovered from HOPKINS.

b. On May 2, 2022, DPD officers responded to XXXXX Kelly Rd., Detroit, MI. 48225 for shots in progress. Upon arrival, there was an unoccupied silver 2016 Chevrolet Malibu bearing Michigan license plate EPR4474, VIN: 1G1ZE5ST4GF222425, still running with keys inside, at Kelly Rd. and Novara St., approximately one house south of the location. The vehicle had damage in the front grill from multiple gun shots. DPD dispatch received a call from AW-1, the registered owner of the Malibu and later identified as the girlfriend of HOPKINS as mentioned above, reporting her vehicle was just stolen. 9mm cartridge casings were recovered in the road near the driveway and near the porch of XXXXX Kelly Rd., Detroit, MI. 48225. The 9mm cartridge casing submitted for NIBIN analysis recovered from the road

5

near the driveway was later found to match the Springfield XD-9, 9mm caliber, pistol bearing serial number XD973908 recovered from HOPKINS.

9. On June 24, 2022, I reviewed a Computerized Criminal History (CCH) for HOPKINS which indicated HOPKINS pled guilty on February 26, 2016, to a felony, punishable by more than one year in prison, for discharging a firearm from a vehicle causing serious impairment. I also reviewed a Michigan Department of Corrections (MDOC) record for HOPKINS and observed HOPKINS was ordered to prison on February 26, 2016, for a term of three years and 4 months. I also observed in the MDOC record that HOPKINS began parole on August 29, 2019 and was discharged from parole on November 29, 2020. Based on this conviction, to which HOPKINS pled guilty, his serving a term in prison exceeding one year, and HOPKINS' own admissions to law enforcement during his arrest, HOPKINS' was aware of his status as a felon.

10. ATF Special Agent Nathan Triezenberg, an interstate nexus expert, provided verbal confirmation the Springfield XD-9, 9mm caliber,

pistol was not manufactured in the State of Michigan and, therefore, has traveled in or affected interstate or foreign commerce.

### III. CONCLUSION

11. Based on this information, I have probable cause to believe that HOPKINS, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm, which had traveled in or affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully Submitted,

_____
Rebecca Childs
Special Agent, ATF

Sworn to before me and signed in my
Presence and/or by reliable electronic means

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Date: July 6, 2022

7