UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 22-cr-20448
HON. BERNARD A. FRIEDMAN

vs.

DAVEON HOPKINS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION
## TO MODIFY BOND CONDITIONS

Before the Court is defendant Daveon Hopkins's motion to modify his bond conditions. (ECF No. 58). The government responded. (ECF No. 59). Hopkins did not file a reply. The Court held a hearing on the motion on January 16, 2024. For the reasons stated on the record, it is hereby,

ORDERED that Hopkins's motion to modify his bond conditions (ECF No. 58) is denied.

**SO ORDERED.**

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: January 16, 2024
      Detroit, Michigan